IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD C. WILLIAMS, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:19-CV-996-WHA |
| HOUSTON COUNTY, et al., | ) |
| Defendants. | ) |

## **ORDER**

On January 27, 2020, the Magistrate Judge entered a Recommendation (Doc. #7) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file an amended complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE this 18th day of February, 2020.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE